PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☑ Superseding  ☐ Defendant Added
     ☐ Indictment  ☐ Charges/Counts Added
     ☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT  **EASTERN**
DISTRICT OF TEXAS      Divisional Office

Name and Office of Person  **Richard L. Moore**
Furnishing Information on  ☐ U.S. Atty  ☐ Other U.S. Agency
THIS FORM    Phone No. **(903) 590-1400**
Name of Asst.
U.S. Attorney  **Richard L. Moore**
(if assigned)

**PROCEEDING**

Name of Complainant Agency, or Person & (Title, if any)
ATF Special Agent Warren Keener

☐ person is awaiting trial in another Federal or State Court
   (give name of court)

☐ this person/proceeding transferred from another district
   per (circle one) FRCrP  20,  21  or  40.  Show District

☐ this is a reprosecution of charges
   previously dismissed which were
   dismissed on motion of:
   ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a
   pending case involving this same
   defendant. (Notice of Related    SHOW
   Case must still be filed with the    DOCKET NO.
   Clerk.)

☐ prior proceedings or appearance(s)
   before U.S. Magistrate Judge    MAG. JUDGE
   regarding this defendant were    CASE NO.
   recorded under

Place of offense  **Gregg**    County

---

CASE NO.  **6:07CR82**

USA vs.

Defendant:  **James Bryant Teague**

Address:  **4000 Burkes Lot #3**
      **Longview, Texas**

☐ Interpreter Required  Dialect: _____

Birth Date  **1/27/1981**    ☑ Male  ☐ Alien
         ☐ Female  (if applicable)

Social Security Number  **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**

| DEFENDANT |
|---|

Issue:  ☑ Warrant  ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
    ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): _____

☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts **1**

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | Title 21, USC 846 | Conspiracy to poss. w/intent to dist. methamphetamine | 1 |
| | | | |
| | | SEALED | |
| | | | |
| | | | |